# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-2138

_____

Cody Ray Leveke

*Plaintiff - Appellant*

v.

Hearst Properties, Inc.; John Does 1-10

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: January 7, 2026
Filed: January 14, 2026
[Unpublished]

_____

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Cody Leveke appeals the district court's[1] dismissal with prejudice of his pro se defamation suit for failing to file within the statute of limitations.  After careful de

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

novo review of the record and the parties' arguments on appeal, this court affirms for the reasons stated by the district court. *See Northstar Indus., Inc. v. Merrill Lynch & Co.*, 576 F.3d 827, 831 (8th Cir. 2009) (standard of review for Rule 12(b)(6) dismissal); *see also Salve Regina College v. Russell*, 499 U.S. 225, 231 (1991) (standard of review for district court's determination of state law).

_____